UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LESHARA C THOMAS WILLIAMS,

        Plaintiff,

v.                                              Case No. 20-cv-1871-bhl

KILOLO KIJAKAZI,
Acting Commissioner of Social Security Administration.

        Defendant.

## ORDER

      This matter is before the Court on the parties' Stipulated Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. §405(g) (ECF No. 27), and the Court being duly advised, now grants the motion.

      **IT IS HEREBY ORDERED** that the Acting Commissioner's decision is reversed, and this case is remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. §405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge with instructions to offer Plaintiff the opportunity for a new hearing, proceed through the sequential disability evaluation process, reconsider the medical opinions and prior administrative medical findings as appropriate, and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

      Dated at Milwaukee, Wisconsin on October 25, 2021.

                                                        s/ *Brett H. Ludwig*
                                                        BRETT H. LUDWIG
                                                       United States District Judge